People v Guzman
2026 NY Slip Op 50873(U)
June 9, 2026
Appellate Term, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This opinion is uncorrected and will not be published in the printed Official Reports.

Digest-Index Classification: Unclassified

The People of the State of New York, Respondent,
v
Ambiorix Antonio Guzman, Defendant-Appellant.

Supreme Court, Appellate Term, First Department
Decided on June 9, 2026
570730/19
Present: Tisch, J.P., Perez, Alpert, JJ.

In consolidated criminal appeals, defendant appeals from two judgments of the Criminal Court of the City of New York, Bronx County (Jeffrey Rosenblueth, J.), rendered November 7, 2019, convicting him, upon his pleas of guilty, of two counts of assault in the third degree, and imposing sentence.
[*1]
Per Curiam.
Judgments of conviction (Jeffrey Rosenblueth, J.), rendered November 7, 2019, modified, as a matter of discretion in the interest of justice, to the extent of vacating the mandatory surcharges and fees, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharges and fees imposed at sentencing (see People v Chirinos, 190 AD3d 434 [2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 9, 2026